**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN THE MATTER OF | MISCELLANEOUS |
| DON C. GARDNER<br>LA BAR ROLL NO. 5923 | NO. 11-966 |

By majority vote of the Judges of the Court,

The Court adopts the recommendation of the Lawyer Disciplinary Committee and imposes discipline on Don C. Gardner.

Accordingly,

IT IS ORDERED that that Attorney-Respondent Don C. Gardner, Louisiana Bar Roll Number 5923, is hereby permitted to permanently resign from the practice of law before the United States District Court in the Eastern District of Louisiana and that such action be imposed immediately.

IT IS FURTHER ORDERED that the complaint filed against Mr. Gardner in Disciplinary Case No. 11-966 is hereby dismissed.

New Orleans, Louisiana, this __13th__ day of _____August_____, 2013.

_____
SARAH S. VANCE
CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA