UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN THE MATTER OF                                          MISCELLANEOUS

CLAUDE C. LIGHTFOOT, JR.                                  NO. 11-966
LA BAR ROLL NO. 17989

By majority vote of the Judges of the Court,

The Court adopts the recommendation of District Judge Ginger Berrigan and imposes discipline on Claude C. Lightfoot, Jr.

Accordingly,

IT IS ORDERED that Attorney-Respondent Claude C. Lightfoot, Jr., Louisiana Bar Roll Number 17989, is permanently prohibited from practicing law and from seeking readmission before the United States District Court in the Eastern District of Louisiana, retroactive to the date of the order issued by the Louisiana State Supreme Court.

IT IS FURTHER ORDERED that this order is hereby unsealed in accordance with Rule 10.2 of the Rules of Lawyer Disciplinary Enforcement.

New Orleans, Louisiana, this \_\_25th\_\_ day of \_\_November\_\_, 2014.

_____
SARAH S. VANCE
CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA