UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN THE MATTER OF                           DISCIPLINARY CASE

LEONARD LEVENSON                           NO. 11-966

ORDER[1]

    The Attorney Disciplinary Committee for the United States District Court for the Eastern District of Louisiana filed charges of misconduct against Attorney-Respondent, Leonard Levenson. This matter was randomly allotted and set for hearing.

    On September 6, 2013, a hearing was held before the Honorable H. Ginger Berrigan.

    For the reasons contained in the Findings issued today, the members of the Court participating in this matter unanimously conclude that a one year term of suspension is an appropriate sanction.

    Accordingly, pursuant to Rule 7.5 of the Rules for Lawyer Disciplinary Enforcement of the United States District Court for the Eastern District of Louisiana,

    IT IS ORDERED that Leonard Levenson, Louisiana Bar Roll No. 8675 be suspended from the practice of law before the United States District Court in the Eastern District of Louisiana for a term of one year, and such discipline shall be effective immediately.

    New Orleans, Louisiana, this 24th day of ___April___, 2015.

*Sarah Vance*

Sarah Vance, Chief Judge
for the Court

---

[1] Having previously been recused, Judge Fallon, Judge Feldman, and Judge Africk took no part in these proceedings. Judge Zainey, having previously been remitted by a party to this disciplinary action, abstained.