UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF | DISCIPLINARY CASE |
| JOSEPH N. MOLE | NO. 11-966 |

**ORDER**[1]

The Attorney Disciplinary Committee for the United States District Court for the Eastern District of Louisiana filed charges of misconduct against Attorney-Respondent, Joseph N. Mole. This matter was randomly allotted and set for hearing.

On September 6, 2013, a hearing was held before the Honorable H. Ginger Berrigan.

For the reasons contained in the Findings issued today, the majority of the members of the Court participating in this matter conclude that a one year term of suspension with six months deferred is an appropriate sanction.[2]

Accordingly, pursuant to Rule 7.5 of the Rules for Lawyer Disciplinary Enforcement of the United States District Court for the Eastern District of Louisiana,

**IT IS ORDERED** that Joseph N. Mole, Louisiana Bar Roll No. 9538, be suspended from the practice of law before the United States District Court in the Eastern District of Louisiana for a term of one year with six months deferred, and such discipline shall be effective immediately.

New Orleans, Louisiana, this 5th day of June, 2015.

_____
SARAH S. VANCE, CHIEF JUDGE
FOR THE COURT

---

[1] Having previously been recused, Judge Fallon and Judge Feldman took no part in these proceedings. Judge Zainey, having previously been remitted by a party to this disciplinary action, abstained.

[2] Judge Berrigan dissents from the Findings and this Order.